UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

HOLMAN RODRIGUEZ,

    Plaintiff,

v.

USF HOLLAND LLC,

    Defendant.

Case No. 20-CV-1143-JPS

**ORDER**

---

  On July 27, 2020, Plaintiff filed a complaint pursuant to 29 U.S.C. § 2601 *et seq.*, alleging violations of the Family and Medical Leave Act. (Docket #1). On February 1, 2022, the parties signed and filed a stipulation of dismissal of this action in its entirety with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Docket #20). The Court will adopt the parties' stipulation.

  Accordingly,

  **IT IS ORDERED** that the parties' stipulation of dismissal (Docket #20) be and the same is hereby **ADOPTED**; and

  **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

  Dated at Milwaukee, Wisconsin, this 9th day of February, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge